IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| LARRY D. REID and LARRY REID LIVE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LAVONTRAYE ANDREWS, <br><br> Defendant. | No.: 1:22-cv-880 |

## NOTICE OF SPECIAL APPEARANCE OF AMANDA G. HYLAND

Pursuant to Local Rule 83.1(d), NOW COMES Amanda G. Hyland of Taylor English Duma LLP and makes her special appearance as counsel for Plaintiffs Larry R. Reid and Larry Reid Live, LLC in this action. Her full name, address, and bar membership numbers are:

> Amanda G. Hyland
> TAYLOR ENGLISH DUMA LLP
> 1600 Parkwood Circle, Suite 200
> Atlanta, Georgia 30339
> ahyland@taylorenglish.com
> Telephone: (770) 434-6868
> Facsimile: (770) 434-7376
> Georgia Bar No. 325115
> Florida State Bar No. 37554

Ms. Hyland certifies that she is an active member in good standing of the state bars of Georgia and Florida. Ms. Hyland further certifies that she understands that by entering an appearance she submits to the disciplinary jurisdiction of this Court for any misconduct

in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be present at all conferences, hearings, trials and other proceedings.

Ms. Hyland is associated and personally appearing with Ryan Arnold, who is a member of the State Bar of North Carolina and is duly and legally admitted to practice in the General Court of Justice of North Carolina.

This 26th day of October, 2022.

/s/ Amanda G. Hyland
Amanda G. Hyland
Georgia Bar No. 325115
Florida State Bar No. 37554
ahyland@taylorenglish.com

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Fax: (770) 434-7376

/s/ Ryan Arnold
Ryan Arnold
North Carolina Bar No. 013847
rarnold@taylorenglish.com

**TAYLOR ENGLISH DUMA LLP**
13925 Ballantyne Corporate Place, Suite 200
Charlotte, North Carolina 28277
Telephone: (984) 232-2992
Fax: (770) 434-7376

*Attorneys for Plaintiffs*
*Larry D. Reid and Larry Reid Live, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **Notice of Special Appearance of Amanda G. Hyland** with the Clerk of the Court using the CM/ECF system, and served Defendant by depositing the same via U.S. Mail at the following address:

>LaVontraye Andrews
>1700 Rose Hill Court
>Kernersville, NC  27284

This 26th day of October, 2022.

>*/s/ Amanda G. Hyland*
>Amanda G. Hyland
>Georgia Bar No. 325115
>Florida State Bar No. 37554
>ahyland@taylorenglish.com
>
>**TAYLOR ENGLISH DUMA LLP**
>1600 Parkwood Circle, Suite 200
>Atlanta, Georgia 30339
>(770) 434-6868 (phone)
>(770) 434-7376 (fax)