# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| **Larry D. Reid and Larry Reid Live, LLC** | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:22-cv-880 |
| **LaVontraye Andrews** | )<br>) |
| *Defendant* | )<br>) |

## AFFIDAVIT OF SERVICE

I, Robert Hare, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents on LaVontraye Andrews in Forsyth County, NC on October 20, 2022 at 6:11 pm at 1700 Rose Hill Court, Kernersville, NC 27284 by leaving the following documents at the usual place of abode of LaVontraye Andrews with Sharon Benissan who is of suitable age and discretion and resides therein.

Summons in a Civil Action
Complaint

Additional Description:
LaVontraye Andrews's mother, Sharon Benissan confirmed that LaVontraye lived there, accepted service of the documents, and ensured that LaVontraye would get them.

Black or African American Female, est. age 50, glasses: N, Black hair, 220 lbs to 240 lbs, 5' 9" to 6'.
Geolocation of Serve: http://maps.google.com/maps?q=36.0540161133,-80.0472032584
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Guilford County__, __NC__ on __10/21/2022__.

/s/ *Robert Hare*
Signature
Robert Hare
(678) 656-2764

Page 1

# Exhibit 1



Exhibit 1a)