IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| LARRY D. REID and LARRY REID LIVE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>LAVONTRAYE ANDREWS,<br><br>    Defendant. | No.: 1:22-cv-880 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I filed the foregoing Affidavit of Service for serving the summons and complaint on Defendant LaVontraye Andrews, electronically using the Court's CM/ECF system, and served Defendant by depositing the same via U.S. Mail at the following address:

    LaVontraye Andrews
    1700 Rose Hill Court
    Kernersville, NC  27284

This 26th day of October, 2022.

                                          /s/ *Ryan Arnold*
                                          Ryan Arnold
                                          North Carolina Bar No. 013847
                                          rarnold@taylorenglish.com

1

TAYLOR ENGLISH DUMA LLP
13925 Ballantyne Corporate Place, Suite 200
Charlotte, North Carolina  28277
Telephone: (984) 232-2992
Fax: (770) 434-7376


/s/ Amanda G. Hyland
Amanda G. Hyland *(Special Appearance)*
Georgia Bar No. 325115
Florida State Bar No. 37554
ahyland@taylorenglish.com


TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Fax: (770) 434-7376


*ATTORNEYS FOR PLAINTIFF*