IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| LARRY D. REID and LARRY REID LIVE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LAVONTRAYE ANDREWS,<br><br>Defendant. | No.: 1:22-cv-880 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I served the Notice of Right to Consent [Doc. 3] on Defendant by depositing via U.S. Mail at the following address:

>LaVontraye Andrews
>1700 Rose Hill Court
>Kernersville, NC  27284

This 27th day of October, 2022.

>/s/ *Ryan Arnold*
>Ryan Arnold
>North Carolina Bar No. 013847
>rarnold@taylorenglish.com
>
>**TAYLOR ENGLISH DUMA LLP**
>13925 Ballantyne Corporate Place, Suite 200
>Charlotte, North Carolina  28277

1

Telephone: (984) 232-2992
Fax: (770) 434-7376


/s/ *Amanda G. Hyland*
Amanda G. Hyland *(Special Appearance)*
Georgia Bar No. 325115
Florida State Bar No. 37554
ahyland@taylorenglish.com


**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Fax: (770) 434-7376


*ATTORNEYS FOR PLAINTIFF*