FILED
NOV 10 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro
By

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM-DIVISION

| | |
|---|---|
| LARRY D. REID and LARRY REID LIVE, LLC,<br><br>                       Plaintiffs,<br><br>v.<br><br>LAVONTRAYE ANDREWS,<br><br>                       Defendant. | Civil Action<br><br>No. 1:22-cv-00880-WO-JEP<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(5), 12(b)(6), and 12(b)(7)** |

May It Please the Court:

    PLEASE TAKE NOTICE THAT Defendant LAVONTRAYE ANDREWS ("Plaintiff") respectfully moves this Honorable Court for an order dismissing this action filed by Plaintiffs LARRY D. REID and LARRY REID LIVE, LLC ("Plaintiffs") pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(5), 12(b)(6), and 12(b)(7) of the Federal Rules of Civil Procedures on the grounds of lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient service of process, failure to state a claim upon which relief can be granted, and failure to join a party (or parties) under Fed. R. Civ. P. 19. Defendant's motion is support by the record, brief in support filed herewith, affidavit, and other evidence submitted that may be heard by this Court herein.

Dated:     November 8, 2022

Respectfully submitted,

*LaVontraye Andrews*

LaVontraye Andrews
2221 Peachtree Rd. #X10
Atlanta, GA 30309
(470) 894-4634
lavontraye@gmail.com
Plaintiff (*pro se*)

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM-DIVISION

| | |
|---|---|
| LARRY D. REID and LARRY REID LIVE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LAVONTRAYE ANDREWS,<br><br>Defendant. | Civil Action<br><br>No. 1:22-cv-00880-WO-JEP<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing was served upon the following via United States Postal Service mail with sufficient postage attached thereto:

| | |
|---|---|
| Clerk of Court<br>US District Court<br>Hiram H. Ward Federal Building & U.S. Courthouse<br>251 N. Main Street<br>Winston-Salem, NC 27101 | Ryan M. Arnold, Esq.<br>TAYLOR ENGLISH DUMA LLP<br>13925 Ballantyne Corporate Place, Suite 200<br>Charlotte, NC 28277 |

Dated: November 8, 2022

Respectfully submitted,

*Lavontraye Andrews*

LaVontraye Andrews
2221 Peachtree Rd. #X10
Atlanta, GA 30309
(470) 894-4634
lavontraye@gmail.com
Plaintiff (*pro se*)

2