IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| LARRY D. REID and LARRY REID LIVE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LAVONTRAYE ANDREWS, <br><br> Defendant. | No.: 1:22-cv-880 |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

In order to address pending jurisdictional issues, Plaintiffs Larry D. Reid and Larry Reid Live, LLC, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1) hereby dismiss this action without prejudice with leave to refile.

This 5th day of December, 2022.

/s/ *Ryan Arnold*
Ryan Arnold
North Carolina Bar No. 013847
rarnold@taylorenglish.com

**TAYLOR ENGLISH DUMA LLP**
13925 Ballantyne Corporate Place, Suite 200
Charlotte, North Carolina 28277
Telephone: (984) 232-2992

1

Fax: (770) 434-7376

/s/ *Amanda G. Hyland*
Amanda G. Hyland *(Special Appearance)*
Georgia Bar No. 325115
Florida State Bar No. 37554
ahyland@taylorenglish.com


**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Fax: (770) 434-7376

*ATTORNEYS FOR PLAINTIFF*

2